ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| W. Harris Government Services Contractor, Inc. | ) | ASBCA No. 63095 |
| | ) | |
| Under Contract No. HDEC08-12-C-0014 | ) | |

APPEARANCES FOR THE APPELLANT:     Thomas R. Krider, Esq.
Jedidiah K. Blake, Esq.
  Oles Morrison Rinker & Baker LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Brian M. Lucero, Esq.
  Deputy General Counsel
Michael R. Sandberg, Esq.
Betsy E. Dulin, Esq.
  Trial Attorneys
  Defense Commissary Agency
  Fort Lee, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 19, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63095, Appeal of W. Harris Government Services Contractor, Inc., rendered in conformance with the Board's Charter.

Dated:  January 19, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals